**45D05-2103-CT-000230**

Lake Superior Court, Civil Division 5

Filed: 3/8/2021 2:15 PM
Clerk
Lake County, Indiana

USDC IN/ND case 2:22-cv-00055-PPS-APR   document 1-4   filed 03/08/22   page 1 of 3

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT / SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING IN LAKE COUNTY, INDIANA |

| | | |
|---|---|---|
| TAMMY BURGESS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: |
| | ) | |
| MENARD, INC., d/b/a MENARD | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES AND JURY DEMAND

COMES NOW, the Plaintiff, Tammy Burgess, by counsel, Michael F. McFarland of the Law Firm of Walter J. Alvarez, P.C., and for her cause of action against Defendant, Menard, Inc., d/b/a Menard, states as follows:

1.      This is a civil action for injuries and damages that the Plaintiff, Tammy Burgess, sustained as a result of an incident that occurred on or about February 21, 2021, at the store located at 6300 Mississippi Street, Merrillville, Lake County, State of Indiana.

2.      That the Defendant, Menard, Inc., d/b/a Menard, is located and/or doing business in Lake County, Indiana.

3.      At said date and time, the Plaintiff was lawfully on the premises of the Defendant as an invitee and with the permission of, and for the benefit of, the Defendant.

4.      At said date and time, due to the negligence of the Defendant, the Plaintiff went to get a cart and stepped on uneven and/or cracked flooring of Defendant's premises, which caused her to trip and fall causing injuries to her person.

5.      That the Defendant had a duty to the Plaintiff to maintain the floor in a reasonably safe condition, and that the Defendant was negligent regarding same.

6.       That the Defendant's negligence included, but is not limited to all of the following:

    a.      Not keeping a safe and clear walkway for customers;

    b.      Failure to maintain and/or repair dangerous conditions in the walkway in a reasonably careful and prudent way;

    c.      Failure to exercise reasonable care to discover a dangerous condition which provided an unreasonable risk of harm to Plaintiff;

    d.      Failing to operate the establishment in a reasonably careful and prudent matter;

    e.      Failure to exercise reasonable care to protect invitees against danger, when the Defendant knew, or should have known that its invitees would not realize the danger or would fail to protect themselves against the danger;

    f.      Failing to follow recommendations that would prevent this aforementioned hazard;

    g.      Failing to provide adequate signage to alert the Plaintiff of the unsafe and/or dangerous conditions;

    h.      Failing to use the requisite degree of care that a reasonably prudent person would have used under the same or similar conditions; and

    i.      Failure to exercise reasonable and prudent care for the safety of their business invitees.

7.       That a direct and proximate result of the negligence, carelessness, and recklessness of the Defendant, the Plaintiff suffered injuries, some of which are permanent, incurred medical expenses for care, testing and treatment, suffered loss of wages and earning ability, and an inability to engage in her normal daily activities for an indefinite period of time.

WHEREFORE, Plaintiff demands judgment against Defendant, Menard, Inc., d/b/a Menard and prays as follows:

1. For reasonable compensatory damages;

2. For pre-judgment and post-judgment interest

3.  For the costs of this action; and

4.  For all other necessary and proper relief.


                              Respectfully submitted,

                              **WALTER J. ALVAREZ, P.C.**
                              Attorneys for Plaintiff


            BY:     */s/Michael F. McFarland*
                    Michael F. McFarland, #32393-45
                    WALTER J. ALVAREZ, P.C.
                    1524 West 96th Avenue
                    Crown Point, IN   46307
                    T (219) 662-6400
                    F (219) 662-6410
                    Email: michael@gowithalvarez.com


**PLAINTIFF DEMANDS TRIAL BY JURY.**

                              **WALTER J. ALVAREZ, P.C.**
                              Attorneys for Plaintiff


            BY:     */s/Michael F. McFarland*
                    Michael F. McFarland, #32393-45
                    WALTER J. ALVAREZ, P.C.
                    1524 West 96th Avenue
                    Crown Point, IN   46307
                    T (219) 662-6400
                    F (219) 662-6410
                    Email: michael@gowithalvarez.com